EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Comité Asesor Permanente <br> de Reglas de Procedimiento Criminal | 2005 TSPR 125 <br><br> 165 DPR ____ |

Número del Caso: EC-2005-2

Fecha: 8 de septiembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité Asesor Permanente
de Reglas de Procedimiento Criminal

Reactivación del
Comité y Designación
de Miembros

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de septiembre de 2005.

En virtud de esta Resolución se reactiva el Comité Asesor Permanente de Reglas de Procedimiento Criminal, adscrito al Secretariado de la Conferencia Judicial, con la encomienda de evaluar las Reglas de Procedimiento Criminal a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley 201, de 22 de agosto de 2003, según enmendada. Los trabajos del Comité deberán enmarcarse en el desarrollo de un Proyecto moderno de Reglas de Procedimiento Criminal que esté dirigido principalmente a agilizar los procedimientos judiciales.

El Comité estará facultado para crear subcomités de trabajo compuestos de expertos en la materia quienes le asistirán en la tarea de completar un Proyecto de Reglas en el término de nueve (9) meses.

Para ello, se reconstituye el Comité, el cual estará compuesto por las siguientes personas:

Prof. Ernesto Chiesa Aponte, Presidente
Hon. Carlos Cabán García
Hon. Luis Rivera Román
Lcdo. José Andréu Fuentes
Lcdo. José B. Capó Rivera
Lcda. Ana Paulina Cruz Vélez
Lcda. Lisabeth Lipsett Campagne
Lcdo. Alcides Oquendo Solís
Lcdo. Harry Padilla Martínez
Lcdo. Francisco Rebollo Casalduc
Lcdo. Félix Vélez Alejandro

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Rebollo López no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo